# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**AMANDA K. OVERSTREET,**

**Defendant.**                                                    No. 08-30097-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant's March 11, 2009 third motion to continue trial (Doc. 21). Defendant states that the Court should continue the trial generally because she was struck by an automobile on August 18, 2008, that she was critically injured and that she was in a coma for a month. As a result of her accident, Defendant is suffering from a brain injury- the extent of which has yet to be determined and she is currently undergoing physical therapy, speech therapy and cognitive therapy three times per week for hours each session. Further, Defendant expects to undergo at least three surgeries between April and June of this year. The Government does not object to the motion. The Court being fully advised in the premises finds that the trial should be continued to allow Defendant adequate time to rehabilitate. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best

interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's March 11, 2009 third motion to continue trial (Doc. 21). The Court **CONTINUES** the jury trial scheduled for May 18, 2009 to **Monday, September 14, 2009 at 9:00 a.m.** The time from the date the original motion was filed, March 11, 2009, until the date to which the trial is rescheduled, September 14, 2009, is excludable time for the purposes of speedy trial. Further, the Court **SETS** this matter for a status conference on July 10, 2009 at 9:30 a.m. and **CANCELS** the status conference set for March 13, 2009 at 9:30 a.m.

**IT IS SO ORDERED.**

Signed this 12th day of March, 2009.

/s/     David R Herndon
**Chief Judge
United States District Court**