IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08-30097-DRH-PMF |
| | ) | |
| AMANDA K.  OVERSTREET, | ) | |
| | ) | |
| Defendant. | | |

### ORDER  EXTENDING STAY OF EXECUTION OF JUDGMENT

This matter comes before the Court on Defendant Overstreet's Motion to Extend the Stay of Execution of Judgment. The Court previously ordered that the judgment in this case was stayed until April 5th, 2010 so that the Defendant could seek follow up treatment with an orthopedic surgeon.  It was the Court's intention that Defendant not be required to report any sooner than April 5th, 2010.  The Bureau of Prisons and the U.S. Marshal have now ordered the Defendant to report to FMC Carswell on April 5th, 2010.  The Defendant now seeks an extension of this time to allow her to obtain an additional surgery on April 6th 2010 that would involve putting pins in her ankle.  Counsel represents that the pins should be removed no later than May 14th, 2010 and requests a report date of May 17th 2010.   The Government does not object.

It is therefor **ORDERED** that the Court's previous order staying execution of the judgement until April 5th 2010 is modified as follows: The Bureau of Prisons shall establish a new date allowing  the defendant to report to FMC

Carswell no sooner than May 17th 2010.  This Order should not be interpreted to prevent the Bureau of Prisons from establishing a report date later than May 17th 2010 if, in the Bureau's discretion, it is necessary.

**IT IS SO ORDERED**

Signed this 1st day of April, 2010

/s/     *DavidRHerndon*
Chief Judge
United States District Court