UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF ILLINOIS**

**United States of America,**

      Plaintiff,

v.

**Amanda K. Overstreet,**

      Defendant.

Case No. 3:08CR30097-001-DRH

## ORDER

Before the Court is the motion of the United States of America to substitute Victoria Elizabeth Garvey, Executrix for the restitution payee (Doc 46).

**IT IS HEREBY ORDERED**, for good cause shown, the government's motion to substitute (Doc 46) is **GRANTED**; Victoria Elizabeth Garvey, Executrix is hereby substituted for Charles Daniel Hawkins, Jr. All restitution payments, including any currently held by the Court, will be made payable to Victoria Elizabeth Garvey, Executrix.

DATED: February 10, 2012

David R. Herndon
2012.02.10
15:57:45 -06'00'

_____
Chief Judge
United States District Court